# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARL WHITLEY,

    Defendant.

Case No.: 2:17-cr-00160-JAD-VCF

**ORDER**

ECF No. 356

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 22, 2019 at the hour of 10:00 a.m., by vacated and continued to April 2, 2019, at the hour of 9:00 a.m.

DATED this 17th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE