# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARL WHITLEY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:17-cr-00160-JAD-VCF <br><br> **ORDER** <br><br> ECF No. 379 |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for April 2, 2019 at the hour of 9:00 a.m., by vacated and continued to June 3, 2019, at the hour of 11:00 a.m.

DATED this __28th__ day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

4