# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00160-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| CARL WHITLEY, | ECF No. 399 |
| Defendant. | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for June 3, 2019 at the hour of 11:00 a.m., by vacated and continued to July 8, 2019, at the hour of 2:30 p.m.

DATED this __20th__ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE