# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL WHITLEY,

    Defendant.

2:17-CR-00160-JAD-VCF

**ORDER ON FOURTH STIPULATION TO CONTINUE SENTENCING HEARING**

ECF No. 407

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED** that the sentencing hearing, currently scheduled for July 8, 2019 at 2:30 p.m., shall be continued to July 23, 2019, at 3:00 p.m.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Entered: 7/5/2019